# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| JUSTIN VAUGHN and PAMELA VAUGHN, | ) ) |
| Plaintiffs, | ) DOCKET NO: ) ) JURY DEMANDED |
| v. | ) ) |
| XIAOMEI ZHANG, | ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

**COMES NOW** Defendant Xiaomei Zhang, appearing specially, by and through undersigned counsel of record, and pursuant to *28 U.S.C. §§ 1332*, *1441(b)*, and *1446*, hereby files this Notice of the Removal of this action from the Circuit Court of Coffee County, State of Tennessee, to the United States District Court for the Eastern District of Tennessee at Winchester.

As grounds for this removal, Defendant states as follows:

1. According to the Complaint for personal injuries, on or about July 28, 2023, Plaintiff Pamela Vaughn was involved in a motor vehicle accident with Defendant Xiaomei Zhang in Coffee County, Tennessee. Plaintiff alleges she suffered "serious personal injuries" while also alleging the impairment of earning capacity, wages, and enjoyment of life. (Complaint, ¶11). Plaintiff seeks a judgment not less than $550,000.00. (Complaint, Wherefore Clauses, ¶f).

2. The Plaintiff is a citizen and resident of Coffee County, Tennessee. (Complaint, ¶1).

3. The Defendant, Xiaomei Zhang, is a citizen and resident of Santa Clara County, California.

4. Therefore, there is complete diversity between the parties and the amount in controversy is in excess of $75,000.00 in accordance with *28 U.S.C. § 1332*. Accordingly, jurisdiction is conferred under *28 U.S.C. § 1332*.

5. This case is an action over which the court has original jurisdiction under *28 U.S.C. § 1333* and is one of which may be removed to this Court by the Defendant Xiaomei Zhang, pursuant to the provisions of *28 U.S.C. § 1441* and that it is a civil action brought in a State Court of which the District Court of the United States has original jurisdiction.

6. Ms. Zhang was properly served on October 23, 2023. Therefore, thirty (30) days have not expired since service of process and this Notice of Removal is timely filed as set forth in *28 U.S.C. § 1446(b)*.

7. Pursuant to *28 U.S.C. § 1446(a)*, copies of all pleadings to date are attached as Collective **Exhibit A**.

8. Defendant Xiaomei Zhang will provide notice to the Plaintiff of this removal, through delivery of a copy of this Notice of Removal to their counsel of record, and to the clerk of the Circuit Court for Coffee County, through filing into the record therein a Notice of Filing a Notice of Removal, pursuant to *28 U.S.C. § 1446(b)*.

9. Therefore, Defendant Xiaomei Zhang respectfully requests this Court take jurisdiction of this action, and that this case be removed from the Circuit Court of Coffee County, State of Tennessee to this Court.

Respectfully submitted,

**LUTHER - ANDERSON, PLLP**

BY: ___*/s/ Alaric A. Henry*___
    **ALARIC A. HENRY, BPR# 14885**
*Attorneys for Defendant*
One Union Square, Suite 700
100 W. Martin Luther King Blvd.
Chattanooga, Tennessee 37402
(423) 756-5034
(423) 265-9903 (fax)
aah@lutheranderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023 a copy of the foregoing Notice of Removal to the District Court of Tennessee, Winchester Division was filed electronically. Notice of this filing will be sent to

    C. Brent Keeton, Esq.
    Keeton Law Firm, PLLC
    401 Murfreesboro Highway
    Manchester, TN 37355
    brent@keetonlawfirm.com

    Heather G. Parker
    Evans, Bulloch & Parker, PLLC
    302 N. Spring Street
    P.O. Box 398
    Murfreesboro, TN 37133-0398
    heatherparker@bfhelaw.com

by electric means of the U.S. District Court Eastern District of Tennessee's electronic filing system to all parties.

**LUTHER - ANDERSON, PLLP**

BY: ___*/s/ Alaric A. Henry*___